IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JUSTIN W. SEARCY,              )
                              )
         Plaintiff,         )
                              )         NO. 3:13-1459
v.                          )         Judge Campbell/Bryant
                              )
KEITH CROOK, et al.,        )
                              )
        Defendants.    )


**O R D E R**

The initial case management conference previously scheduled in this civil action for

Monday, March 3, 2014 is hereby rescheduled for **Monday, March 17, 2014 at 10:30 a. m.** in

Courtroom 776, United States Courthouse, 801 Broadway, Nashville, Tennessee.

It is so **ORDERED**.

                                          ***s/ John S. Bryant***
                                          JOHN S. BRYANT
                                          United States Magistrate Judge